UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN A. GOODMAN,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1]

    Defendant.

Case No. C16-285-JCC

**ORDER DIRECTING THE COMMISSIONER TO SUPPLEMENT THE RECORD OR SHOW CAUSE WHY THIS MATTER SHOULD NOT BE REMANDED**

Plaintiff has brought to the Court's attention that two pages of the hearing transcript are missing from the current administrative record filed with the Court. Dkt. 9 at n. 2; Tr. 91-93. 42 U.S.C. § 405(g) requires that "as part of the Commissioner's answer the Commissioner ... shall file a certified copy of the transcript of the record including the evidence upon which the findings and decision complained of are based." The Commissioner is hereby directed to supplement the administrative record with the missing information and file a certification that the record is now complete, or show cause **on or before May 23, 2017**, why this matter should not be remanded

---

[1] Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin as defendant in this suit. The Clerk is directed to update the docket, and all future filings by the parties should reflect this change.

ORDER DIRECTING THE COMMISSIONER
TO SUPPLEMENT THE  RECORD OR SHOW
CAUSE WHY THIS MATTER SHOULD NOT
BE REMANDED - 1

1 | due to the failure to file a complete copy of the record.

3 | DATED this 2nd day of May, 2017.

*signature*

JOHN C. COUGHENOUR
United States District Judge

ORDER DIRECTING THE COMMISSIONER
TO SUPPLEMENT THE RECORD OR SHOW
CAUSE WHY THIS MATTER SHOULD NOT
BE REMANDED - 2