UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN A. GOODMAN, | CASE NO. C16-0285-JCC |
| Plaintiff, | ORDER GRANTING MOTION FOR ATTORNEY FEES |
| v. | |
| NANCY A. BERRYHILL, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's unopposed Motion for Attorney Fees, Costs and Expenses Pursuant to Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 23). Having thoroughly considered the parties' briefing and the relevant record, the Court GRANTS the motion.

Plaintiff is hereby awarded EAJA fees of $9,016.89, costs in the sum of $400.00, and expenses in the sum of $10.88, offset for preexisting debt to the U.S. Treasury. *Astrue v. Ratliff*, 560 U.S. 586, 588–89 (2010). The check for EAJA fees, costs, and expenses, following offset, shall be made payable to Plaintiff's attorney, Eitan Kassel Yanich, and mailed to the following address: Eitan Kassel Yanich, PLLC, 203 Fourth Avenue E., Suite 321, Olympia, WA. 98501.

//

//

1    DATED this 19th day of September, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR ATTORNEY
FEES
C16-0285-JCC
PAGE - 2